## United States District Court
### Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CT50 | 9250952 | ETHIER | 3865 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☑CFR ☐USC ☐State Code |
|---|---|
| 11/18/2021 1342 | 38 CFR 1.218(b)4 |

Place of Offense
950 CAMPBELL AVENUE
WEST HAVEN CT, C6516 BLDG 2 RETAIL STORE

Offense Description: Factual Basis for Charge          HAZMAT ☐

WILLFUL DESTRUCTION, DAMAGE, OR
REMOVAL OF GOVERNMENT PROPERTY
WITHOUT AUTHORIZATION

**DEFENDANT INFORMATION** Phone 425 - 213 - ____

| Last Name | | |
|---|---|---|
| MACK | MELVIN | A. |

Street Address

**APPEARANCE IS REQUIRED**

A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 99.90 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov → $ 129.90 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9250952*

CVB SCAN 12/03/2021 16:19

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 11/18 , 20 21 while exercising my duties as a law enforcement officer in the 50 TH District of CT.

AT APPROXIMATELY 1342 HOURS I
ISSUED USDCVN #9250952 TO
VA VOLUNTEER RECRUIT MACY FOR
38 CFR 1.218(b)4. SEE INCIDENT REPORT
# 6892107Y2.

The foregoing statement is based upon:

☐ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/18/2021   Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 12/03/2021 16:19